Stephen A. Watkins (SBN #205175)
sawatkins@gsrm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 W 5th St, 52nd Fl.
Los Angeles, CA 90071
Phone: (213) 576-5000

*Attorneys for Defendant,*
*J.G. Wentworth Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **RAMADAN ROUBY, individually and on behalf of all others similarly situated,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**J.G. WENTWORTH COMPANY, a Delaware corporation,**<br><br>    **Defendants.** | Case No.: 4:26-cv-3082-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (as modified)**<br><br>**[L.R. 6-1(b), 6-2(b),16-2(e)]**<br><br>First Amended Complaint<br>Filed: May 18, 2026 |

Plaintiff Ramadan Rouby ("Plaintiff') and Defendant J.G. Wentworth Company ("Defendant") by and through their respective counsel of record, hereby stipulate and agrees as follows pursuant to Local Rules 6-1(b), 6-2(b), and Civil L.R. 16-2(e);

WHEREAS, on May 18, 2026 Plaintiff filed his First Amended Complaint (ECF No. 12);

WHEREAS, on June 16, 2026, Defendant was served with the FAC, such that its response to the FAC is currently July 7, 2026.

WHEREAS, the parties have met and conferred and agree that Defendant's deadline to respond to the Complaint should be extended from July 7, 2026 to August 7, 2026;

WHEREAS, good cause exists for the requested continuance because it will allow Defendant sufficient time to analyze and evaluate the class action Complaint and to prepare a response;

/ / /

---

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE

WHEREAS, the deadline for the parties' joint case management statement is July 7, 2026, and the initial Case Management Conference is scheduled for July 14, 2026 at 1:30 p.m.;

WHEREAS, a continuance of Defendant's deadline to respond to the FAC would result in an initial Case Management Conference before Defendant responds to the FAC;

WHEREAS, the parties agree that a continuance of the initial Case Management Conference and related deadlines is appropriate; and

WHEREAS, the Court may revise the case management schedule upon the filing of an appropriate stipulation as contemplated under Civil L.R. 16-2(e); and

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, as follows:

1.    Defendant's deadline to respond to the Complaint is extended from July 6, 2026 to August 7, 2026.

2.    The initial Case Management Conference currently set for July 14, 2026, is continued to September 1, 2026 at 1:30 p.m., or to a date otherwise convenient to the Court;

3.    The deadline for the parties to file a joint case management statement is continued to 7 days before the initial Case Management Conference; and

4.    The timeline set forth under Rule 26 of the Federal Rules of Civil Procedure shall comply with the continued date for the initial Case Management Conference.

Dated: July 1, 2026                              SALAHI PC


                                        BY:   */s/ Yaman Salahi*
                                              Yaman Salahi (SBN 288752)
                                              yaman@salahilaw.com
                                              Nicole Cabañez (SBN 365099)
                                              nicolec@salahilaw.com
                                              Taylor Applegate (SBN 357742)
                                              taylora@salahilaw.com
                                              **SALAHI PC**
                                              505 Montgomery Street, 11th Floor
                                              San Francisco, California 94111
                                              Tel: (415) 236-2305

                                              *Counsel for Plaintiffs and the proposed Class*

- 2 -

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Dated:  July 1, 2026                          GORDON REES SCULLY MANSUKHANI, LLP


                                        By:   /s/ Stephen Watkins
                                              Stephen Watkins

                                        *Attorneys for Defendant*

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The September 1, 2026 case management conference will be held at 2 p.m. via zoom.  The zoom information and instructions remain the same as previously provided in docket no. 11.

Dated:    7/1/2026

Honorable Haywood S. Gilliam, Jr.
United States District Judge

- 4 -

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE