Stephen A. Watkins
sawatkins@gsrm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 W 5th St 52nd Fl,
Los Angeles, CA 90071
Phone: (213) 576-5000

*Attorneys for Defendant,*
*The J.G. Wentworth Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RAMADAN ROUBY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

J.G. WENTWORTH COMPANY, a Delaware corporation,

Defendant.

Case No.: 4:26-cv-3082-HSG

**DECLARATION OF STEPHEN A. WATKINS IN SUPPORT OF THE J.G. WENTWORTH COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Date: October 1, 2026
Time: 2:00 p.m.
Judge: Hon. Haywood S. Gilliam, Jr.
Ctrm: 2, 4th Floor

First Amended Complaint
Filed: May 18, 2026

I Stephen A. Watkins, hereby declare as follows:

1. I am a partner of Gordon Rees Scully Mansukhani, LLP, counsel of record for defendant The J.G. Wenworth Company ("JGW") in the above-captioned action. I am an attorney admitted to practice law in the State of California and am admitted to practice before this Court. I submit this declaration in support of JGW's Motion to Dismiss the First Amended Complaint ("Motion to Dismiss"). I make this declaration based on my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of a webpage entitled, "Conversion Tracking," which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20250612124015/https://developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/.

3. Attached hereto as Exhibit 2 is a true and correct copy of Meta's current Terms of Service, dated January 1, 2025, which are publicly available at https://www.facebook.com/terms/.

4. Attached hereto as Exhibit 3 is a true and correct copy of Meta's Terms of Service, dated July 26, 2022, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20241231004604/https://www.facebook.com/terms/.

5. Attached hereto as Exhibit 4 is a true and correct copy of Meta's current Privacy Policy, dated June 16, 2025, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/#1.

6. Attached hereto as Exhibit 5 is a true and correct copy of Meta's Privacy Policy, dated November 14, 2024, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/8810742435690564/.

7. Attached hereto as Exhibit 6 is a true and correct copy of Meta's Privacy Policy, dated June 26, 2024, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/25238980265745528/.

8. Attached hereto as Exhibit 7 is a true and correct copy of Meta's Privacy Policy, dated December 27, 2023, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/7122790421067234/.

9. Attached hereto as Exhibit 8 is a true and correct copy of Meta's Privacy Policy, dated June 15, 2023, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/5601719079934335/.

10. Attached hereto as Exhibit 9 is a true and correct copy of Meta's current Cookies Policy, dated December 12, 2023, which is publicly available at https://www.facebook.com/privacy/policies/cookies.

11. Attached hereto as Exhibit 10 is a true and correct copy of Meta's Cookies Policy, dated June 16, 2023, which is publicly available at https://www.facebook.com/privacy/policies/cookies/version/6238889766159217/.

12. Attached hereto as Exhibit 11 is a true and correct copy of Meta's Business Tools Terms, dated April 25, 2023, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20250724085923/https://www.facebook.com/legal/technology _term s.

13. Attached hereto as Exhibit 12 is a true and correct copy of Meta's Privacy Policy, dated December 15, 2025, which is publicly available at https://www.facebook.com/privacy/policy/version/25862970456621906/

14. Attached hereto as Exhibit 13 is a true and correct copy of Meta's Privacy Policy, dated July 23, 2026 which is publicly available at https://www.facebook.com/privacy/policy

15. Attached hereto as Exhibit 14 is a true and correct copy of a webpage from https://www.jgwentworth.com that is final screen in the sequence for submitting financial information to JGW. This process can be initiated at https://www.jgwentworth.com/ and pressing the "Get Started" Button.;

16. Attached hereto as Exhibit 15 is JGW's current Privacy Policy, dated January 1, 2023, which is publicly available at https:// https://www.jgwentworth.com/jg-wentworth-company-r-consumer-privacy-notice;

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of August 2026, in Los Angeles, California.

*/s/ Stephen A. Watkins*
Stephen A. Watkins