Yaman Salahi (SBN 288752)
yaman@salahilaw.com
Nicole Cabañez (SBN 365099)
nicolec@salahilaw.com
Taylor Applegate (SBN 357742)
taylora@salahilaw.com
**SALAHI PC**
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Tel: (415) 236-2305

Albert J. Plawinski (admitted pro hac vice)
albert@plawinski.law
**PLAWINSKI, PLLC**
2101 Pearl Street
Boulder, Colorado 80302
Tel: (303) 720-7095
*Counsel for Plaintiff and the proposed Class*

Stephen A. Watkins
sawatkins@gsrm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
633 W 5th St 52nd Fl,
Los Angeles, CA 90071
Phone: (213) 576-5000

*Attorneys for Defendant,*
*J.G. Wentworth Company*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**RAMADAN ROUBY, individually and on behalf of all others similarly situated,**

**Plaintiff,**

**v.**

**J.G. WENTWORTH COMPANY, a Delaware corporation,**

**Defendants.**

Case No.: 4:26-cv-3082-HSG

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (as modified)**
**[L.R. 6-2(b)]**

Dept.: Courtroom 2 – 4th Floor
Judge: Hon. Haywood S. Gilliam, Jr.

FAC Filed: May 18, 2026
Trial Date: None set

Pursuant to Civil Local Rule 6-2(b), Plaintiff Ramadan Rouby ("Plaintiff") and Defendant J.G. Wentworth Company ("Defendant") by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on May 18, 2026 Plaintiff filed his First Amended Complaint (ECF No. 12);

**WHEREAS**, on June 16, 2026, Defendant was served with the First Amended Complaint;

**WHEREAS**, on July 1, 2026, the Parties stipulated under Civil Local Rule 6-1(a) to extend JG Wentworth's deadline to respond to the complaint by 30 days (ECF No. 16), and the Court so ordered (ECF No. 17);

**WHEREAS**, on August 7, 2026, Defendant filed its motion to dismiss (ECF No. 18);

**WHEREAS**, Plaintiff's deadline to respond to Defendant's motion to dismiss is currently Friday, August 21, 2026, Defendant's deadline to file its reply in support of the motion to dismiss is August 28, 2026, and the hearing on the motion is currently set for October 1, 2026, pursuant to Civil Local Rules No. 7-3(a), (c);

**WHEREAS,** the initial case management conference is currently set for October 1, 2026, to coincide with the currently scheduled hearing on Defendant's motion to dismiss (ECF. No. 23);

**WHEREAS,** the Parties met and conferred according to Federal Rule of Civil Procedure Rule 26(f) on Monday, August 10, 2026, and thereto agreed to extend Plaintiff's deadline to Respond to Defendant's motion to dismiss by 14 days, to September 4, 2026, and agreed to extend Defendant's deadline to submit a reply brief by 14 days, to September 25, 2026;

**WHEREAS,** continuing the initial case management conference to any newly-scheduled hearing date would promote judicial economy and conserve resources.

**THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, subject to the Court's approval, as follows:

1. Plaintiff's deadline to respond to the Defendant's motion to dismiss is extended from August 21, 2026 to September 4, 2026;

2. Defendant shall file its reply in support of the motion no later than September 25, 2026;

3. The hearing and initial case management conference shall be tentatively set to October 15, 2026, subject to Court availability.

**IT IS SO STIPULATED.**

Dated: August 18, 2026

**SALAHI PC**

By: */s/ Nicole Cabañez*

Yaman Salahi (SBN 288752)
yaman@salahilaw.com
Nicole Cabañez (SBN 365099)
nicolec@salahilaw.com
Taylor Applegate (SBN 357742)
taylora@salahilaw.com
**SALAHI PC**
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Tel: (415) 236-2305

Dated: August 18, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Stephen Watkins*

Stephen Watkins
Attorneys for Defendant

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the fuling of this document has been obtained from the other signatories.

Dated: August 18, 2026

*/s/ Nicole Cabañez*

**ORDER**

Pursuant to the Parties' stipulation and good cause appearing, the Court orders as follows:

1. Plaintiffs' deadline to oppose JG Wentworth's motion to dismiss shall be extended to September 4, 2026;

2. JG Wentworth shall file its reply in support of the motion no later than September 25, 2026;

3. The October 1, 2026 hearing and initial case management conference shall be reset to October 15, 2026, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 8/18/2026

Honorable Haywood S. Gilliam, Jr.
United States District Judge